# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

March 30, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    03-11044                Javaid Iqbal & Fazilat Javaid

To Whom It May Concern:

Enclosed please find check #**922495** in the amount of $.46. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        6

Account#        2500000024019671

Creditor        AT&T Wireless
                15 E Midland Ave.
                Paramus, NJ 07652

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

FILED
MAR 3 1 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY